# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Guillermo Hernandez Nanduca, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-04546-SRN-EMB |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Eric Tollefson, | |
| Respondents, | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Guillermo H's Petition for a Writ of Habeas Corpus [Doc. No. 1] is DENIED.
2. Petitioner's Motion for a Temporary Restraining Order [Doc. No. 5] is DENIED AS MOOT.

Date: 12/23/2025                                                          KATE M. FOGARTY, CLERK